# IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EILEEN MORRISSEY** : | **CIVIL ACTION NO.  09-1937** |
| : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | |
| **ELECTRONIC DATA SYSTEMS** : | |
| : | |
| **Defendant.** : | |

## AMENDED SCHEDULING ORDER

IT IS on this ⟨11⟩**th Day** of **January, 2010,**

ORDERED that fact discovery is to be extended to remain open through **March 30, 2010**; and it is further

ORDERED that the parties shall serve any affirmative expert reports no later than **April 14, 2010**; and it is further

ORDERED that the parties shall serve any rebuttal expert reports no later than **May 21, 2010**; and it is further

ORDERED that all other deadlines set forth in the Court's September 9, 2009 Order shall remain in effect. *and it is further ORDERED that the settlement conference scheduled for January 21, 2010 at 11 a.m. is adjourned to March 22, 2010 at 10:00 a.m.*

**LOIS H. GOODMAN**
**United States Magistrate Judge**